UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CIVIL ACTION NO.**   6:24-CV-130-REW

**UNITED STATES OF AMERICA**                                                                                       **PLAINTIFF**

**V.**              **VERIFIED COMPLAINT FOR FORFEITURE IN REM**

**$14,540.00 IN UNITED STATES CURRENCY**                                                            **DEFENDANT**

* * * * *

The Plaintiff, the United States of America, hereby brings this complaint and alleges as follows in accordance with Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and 18 U.S.C. § 983.

## NATURE OF THE ACTION

1.  This is a civil action in rem brought pursuant to 21 U.S.C. § 881(a)(6) for the forfeiture of property which was furnished or intended to be furnished in exchange for controlled substances, represents proceeds traceable to such an exchange, or was used or intended to be used to facilitate violations of 21 U.S.C. § 841(a)(1).

## THE DEFENDANT IN REM

2.  The Defendant, $14,540.00 in U.S. currency, was seized from Gregory Howard during a joint operation at Howard's residence in Salyersville, Kentucky, on March 24, 2022. The property is in the custody of the United States Marshals Service in the Eastern District of Kentucky.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355(a).

4. This Court has in rem jurisdiction over the defendant property under 28 U.S.C. § 1355(b). Upon the filing of the Complaint, the Plaintiff requests that the Clerk of the Court issue an arrest warrant in rem pursuant to Supplemental Rule G(3)(b)(i), which the Plaintiff will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

5. Venue is proper in this district pursuant to 28 U.S.C. § 1395(a) and (b) because the property was seized in this district.

## BASIS FOR FORFEITURE

6. The Defendant currency was furnished or intended to be furnished in exchange for controlled substances, was proceeds traceable to such an exchange, or was intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1) and is, therefore, subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

7. The facts and circumstances supporting the seizure and forfeiture of the Defendant property are set forth in the Affidavit of Task Force Officer (TFO) Zachary Bryson, which is attached hereto and incorporated herein by reference. The Complaint is verified by the Declaration of TFO Bryson, which also is attached hereto.

WHEREFORE, the United States of America respectfully requests that a Warrant of Arrest In Rem be issued; that notice of this action be given to all parties who reasonably appear to be potential claimants of interest in the property; that the Defendant property be forfeited and condemned to the United States; and the United States be granted such other relief as this Court may deem just and proper, including the United States' costs and disbursements of this action.

                                CARLTON S. SHIER, IV
                                UNITED STATES ATTORNEY

By:    /s/ John M. Spires
        Assistant United States Attorney
        260 West Vine Street, Suite 300
        Lexington, Kentucky 40507
        Phone: (859) 233-2661
        Fax: (859) 233-2658
        E-mail: john.spires@usdoj.gov