## AFFIDAVIT

I, Zachary Bryson, Task Force Officer of the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

1.I am an investigator or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2.I am a Detective with the Kentucky State Police (KSP), currently assigned as a Task Force Officer to the FBI, Pikeville Resident Agency, since September 5, 2017. I have been employed by KSP since April 2010. In connection with my official FBI duties, I investigate criminal violations of federal narcotics laws, including, but not limited to violations of Title 21, United States Code (U.S.C.), Sections 841 and 846. I have received training from KSP in Frankfort, Kentucky, which covered a variety of investigative techniques, including interviewing, report writing, and an overview of legal statutes and criminal laws.

3.I have participated in numerous investigations involving the arrests of persons engaged in distributing controlled substances, including, but not limited to, marijuana, cocaine base, cocaine, heroin, methamphetamine, hydrocodone, and oxycodone, as well as firearm offenses. I have initiated or participated in surveillances, the operation and debriefing of numerous drug dealers, drug users, and informants, performed both physical and electronic surveillance, executed search warrants, analyzed records documenting the purchase and distribution of illegal drugs, and the concealment of illegal narcotics profits. Through my training, education, experience, and consultations with other narcotics investigators and law enforcement officials, I have become familiar with the manner in which illegal drugs are

obtained, financed, stored, manufactured, transported, and distributed and the methods of payment for such drugs.

4.  Based upon my training and experience, I am aware that drug traffickers often possess and utilize firearms to protect their drugs, drug proceeds, assets, and themselves; drug traffickers commonly possess large amounts of U.S. currency and/or other valuables which are the proceeds from unlawful drug trafficking; drug traffickers commonly utilize vehicles to transport drugs, money, and firearms; drug traffickers commonly hide/store drugs, money, firearms, and drug related contraband inside their residence or buildings, on their property, and/or in their vehicles; and drug traffickers commonly utilize computers, tablets, smart phones, cell phones, and other electronic devices to communicate with drug trafficking organization members and customers and to store information related to drug trafficking activities.

5.  This Affidavit sets forth the factual basis for the civil forfeiture of certain seized currency and is based on my personal investigation. It does not include all information obtained during this investigation, rather only that believed necessary to provide a legal basis for the civil forfeiture.

6.  On October 15, 2014, in the case of *United States v. Howard*, 5:13-CR-148-KKC, United States District Court for the Eastern District of Kentucky, Gregory Howard was convicted of distribution of oxycodone and sentenced to time served. In that case, law enforcement conducted a controlled purchase of oxycodone pills from a dealer, and developed evidence that those pills had come from Howard. When law enforcement searched Howard's Magoffin County residence (8035 Bloomington Road, Salyersville, Kentucky 41465), they found Howard trying to flush oxycodone pills down the sink. Howard's supervised release on this case was revoked on December 7, 2017, when (in addition to being sentenced for the below-referenced crime), Howard received a 12-months supervised release revocation sentence.

7.    On March 3, 2017, law enforcement again searched Howard's residence. Law enforcement discovered pills (on Howard's person) and suboxone strips (at his residence, 8035 Bloomington Road, Salyersville, Kentucky 41465). Howard admitted that he had obtained and sold 1,210 oxycodone tablets in order to supplement his income. On December 7, 2017, Howard was sentenced to 36 months of imprisonment and six years of supervised release for distribution of hydrocodone pills in the United States District Court for the Eastern District of Kentucky in the case of *United States v. Howard*, 7:17-CR-08-KKC.

8.    Howard was released from the Bureau of Prisons to begin his new term of supervised release on September 20, 2019. He returned to his Magoffin County residence at 8035 Bloomington Road, Salyersville, Kentucky 41465.

9.    On March 24, 2022, while Howard was still on supervised release, the FBI, KSP, and United States Probation Office (USPO) participated in a joint operation at Howard's residence. The operation began when surveillance revealed two individuals make a quick visit at Howard's residence and then leave shortly after arriving. KSP conducted a traffic stop of the vehicle in which these individuals departed and found them to be in possession of a single suboxone pill. One of the occupants advised that she had obtained the pill from Howard, from whom she had obtained multiple pills in the past.

10.    Continued surveillance revealed several vehicles making brief stops at Howard's residence, in a manner consistent with drug trafficking. Law enforcement obtained the assistance of the USPO, which conducted a search of the residence.

11.    USPO initially had called Howard out to meet with them, but on his way out he observed law enforcement and returned to his residence. When USPO approached, he initially refused to allow them to enter his residence, despite his supervised release related to his 2017 case providing that USPO could visit him at any time. Law enforcement believes that the delay

may have allowed Howard's girlfriend time to dispose of any controlled substance. The ensuing search of Howard's residence revealed only a single Xanax pill. KSP located and seized the $14,540 in United States Currency that is the subject of this action. When located, the currency was concealed under the kitchen table in the residence. Howard's supervised release was not revoked in order to allow for further investigation.

12. As referenced above, Howard had a known history of drug distribution offenses at the time of the seizure of the subject currency. Additionally, Howard is currently the subject of another pending criminal action, *United States v. Howard*, 7:23-CR-016-KKC, United States District Court for the Eastern District of Kentucky. In that case, Howard has entered a plea of guilty to a charge of distribution of oxycodone, in violation of 21 U.S.C. § 841, and he is due to be sentenced on September 23, 2024. In his plea agreement, Howard agreed to the forfeiture of the currency that is the subject of this action, as well as his residence at 8035 Bloomington Road, Salyersville, Kentucky 41465 and additional currency seized from him on August 17, 2023. Howard further agreed that there was a nexus between these items and controlled substance violations pursuant to 21 U.S.C. §§ 853 and 881.

13. Based on the information provided in this Affidavit, affiant believes that the seized currency was furnished or intended to be furnished in exchange for controlled substances, represents proceeds traceable to such an exchange, or was intended to be used to facilitate the illegal sale of narcotics and is, therefore, subject to seizure and forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

I declare under penalty of perjury, as provided by federal law, that the foregoing statements are true. Further your affiant sayeth naught on this the 11th day of September, 2024.

Zachary G. Bryson, Task Force Officer
Federal Bureau of Investigation